**SEALED**

CLD: USAO#2021R00272
JTM 05.03.21

MAY 5 2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOB JOSEPH MUIR,<br><br>Defendant. | CRIMINAL NO. GLR 21 cr 142<br><br>(Sexual Exploitation of a Minor, 18 U.S.C. §§ 2251(a) and (e); Coercion and Enticement, 18 U.S.C. §§ 2422(b) and 2427; Receipt of Child Pornography 18 U.S.C. § 2252A(a)(2); Possession of Child Pornography 18 U.S.C. § 2252A(a)(5)(B); Transfer of Obscene Matter to a Minor, 18 U.S.C. § 1470; and Forfeiture, 18 U.S.C. §§ 1467, 2253, and 2428, 21 U.S.C. § 853(p)) |

## INDICTMENT

### Counts One - Six
### (Sexual Exploitation of a Minor)

The Grand Jury for the District of Maryland charges that:

At all times material to this Indictment:

### General Allegations

1. **JACOB JOSEPH MUIR ("MUIR")** was born in approximately 1988, and resided in Pasadena, Maryland.

2. Victim #1 was a 9-year-old female, and was a resident of West Virginia.

3. Victim #2 was a 13-year-old female, and was a resident of Georgia.

4. Victim #3 was a 13-year-old female, and was a resident of Wisconsin.

5. Victim #4 was an 8-year-old female, and was a resident of Texas.

6. Victim #5 was a 9-year-old female, and was a resident of Missouri.

7.  Beginning on or about July 29, 2019, **MUIR** used Instagram, an internet-based social media company, to communicate with other social media users via the internet. **MUIR** often used the alias "trujackart" on Instagram to meet and communicate online with minor females.

8.  **MUIR** used the "trujackart" account on Instagram to persuade, induce, entice and coerce minor females, including Victim #1, Victim #2, Victim #3, Victim #4, and Victim #5, to engage in sexually explicit conduct. During these internet-based communications, **MUIR** caused, and attempted to cause, these minor females to produce images of themselves that depicted the lascivious display of their genitals.

### The Charges

9.  On or about the dates listed below, each instance being a separate count, in the District of Maryland and elsewhere, the defendant,

**JACOB JOSEPH MUIR,**

did employ, use, persuade, induce, entice, and coerce the victims listed below, each of whom was then less than 18 years old, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce, and attempted to do so, as follows:

| Count | Date | Details |
|---|---|---|
| 1 | July 29, 2019 | MUIR, using Instagram, caused the production of a series of visual depictions which included the depiction of the lascivious display of Victim #1's genitals (image file described, in part, as "4320.jpg") |

| Count | Date | Details |
|---|---|---|
| 2 | July 29, 2019 | **MUIR**, using Instagram, caused the production of a series of visual depictions, which included two depictions of the lascivious display of Victim #2's genitals (image files described, in part, as "6700.jpg;" and "0670.jpg") |
| 3 | August 12, 2019 | **MUIR**, using Instagram, caused the production of a visual depiction that depicted the lascivious display of Victim #3's genitals (image file described, in part, as "0876.jpg") |
| 4 | August 15, 2019 | **MUIR**, using Instagram, caused the production of a visual depiction that depicted the lascivious display of Victim #4's genitals (image file described, in part, as "7593.jpg") |
| 5 | August 16, 2019 | **MUIR**, using Instagram, caused the production of a series of visual depictions, which included two depictions of the lascivious display of Victim #4's genitals (image files described, in part, as "3437.jpg" and "4371.jpg") |
| 6 | August 18, 2019 | **MUIR**, using Instagram, caused the production of a series of visual depictions, which included eight depictions of the lascivious display of Victim #5's genitals (image files described, in part, as "8272.jpg;" "7728.jpg;" "8432.jpg;" "9376.jpg;" "3792.jpg;" "1088.jpg;" "7472.jpg;" and "5760.jpg") |

18 U.S.C. §§ 2251(a) and (e)

### Counts Seven - Twelve
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through eight of the General Allegations are incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

### JACOB JOSEPH MUIR,

did knowingly use, and attempt to use, a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce minors to engage in sexual activity for which any person could be charged with a criminal offense, to wit: on the dates listed below, **MUIR** used his "trujackart" internet-based Instagram account to persuade, induce, entice and coerce the minor victims indicated below, to engage in sexually explicit conduct on camera and to send **MUIR** the resulting images via the internet, and attempted to do so, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2), and Md. Code, Crim. Law § 11-207(a)(1), as follows:

| Count | Date | Victim |
|---|---|---|
| 7 | July 29, 2019 | Victim #1 |
| 8 | July 29, 2019 | Victim #2 |
| 9 | August 12, 2019 | Victim #3 |
| 10 | August 15, 2019 | Victim #4 |
| 11 | August 16, 2019 | Victim #4 |
| 12 | August 18, 2019 | Victim #5 |

18 U.S.C. §§ 2422(b) and 2427

## Counts Thirteen - Eighteen
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through eight of the General Allegations incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

**JACOB JOSEPH MUIR,**

did knowingly receive, and attempt to receive, any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and so shipped and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct: to wit, **MUIR** used his "trujackart" internet-based Instagram account to receive visual depictions of the minor victims listed below, engaged in sexually explicit conduct:

| Count | Date | Victim | Description |
|---|---|---|---|
| 13 | July 29, 2019 | Victim #1 | **MUIR** received a visual depiction of the lascivious display of Victim #1's genitals (image file described, in part, as "4320.jpg") |
| 14 | July 29, 2019 | Victim #2 | **MUIR** received a series of visual depictions of the lascivious display of Victim #2's genitals (image files described, in part, as "6700.jpg;" and "0670.jpg") |
| 15 | August 12, 2019 | Victim #3 | **MUIR** received a visual depiction of the lascivious display of Victim #3's genitals (image file described, in part, as "0876.jpg") |

5

| Count | Date | Victim | Description |
|---|---|---|---|
| 16 | August 15, 2019 | Victim #4 | **MUIR** received a visual depiction of the lascivious display of Victim #4's genitals (image file described, in part, as "7593.jpg") |
| 17 | August 16, 2019 | Victim #4 | **MUIR** received a series of visual depictions, including two depictions of the lascivious display of Victim #4's genitals (image files described, in part, as "3437.jpg" and "4371.jpg") |
| 18 | August 18, 2019 | Victim #5 | **MUIR** received a series of visual depictions, including eight depictions of the lascivious display of Victim #5's genitals (image files described, in part, as "8272.jpg;" "7728.jpg;" "8432.jpg;" "9376.jpg;" "3792.jpg;" "1088.jpg;" "7472.jpg;" and "5760.jpg") |

18 U.S.C. §§ 2252A(a)(2) and (b)(1)

## Count Nineteen
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 19, 2019, in the District of Maryland and elsewhere, the defendant,

**JACOB JOSEPH MUIR,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: an Apple MacBook Pro, Model A1706, serial number CO2V2255HV2N, containing visual depictions of minors engaged in sexually explicit activity including, but not limited to the following files described, in part, as: "5003.JPG;" "F892.MOV;" "IMG_0489.MP4;" "IMG_1089.MP4;" and "IMG_1090.MP4."

18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

### Counts Twenty – Twenty-One
(Transfer of Obscene Matter to a Minor)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through eight of the General Allegations are incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

**JACOB JOSEPH MUIR,**

by any facility and means of interstate and foreign commerce, knowingly attempted to and did transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, that is, **MUIR** used his "trujackart" internet-based Instagram account to send a picture of what he represented was his penis to an individual the defendant believed to be a minor female under the age of 16, as follows:

| Count | Date | Minor | Description |
|---|---|---|---|
| 20 | July 29, 2019 | Victim #1 | An image depicting a male penis (file name described, in part, as "7360.jpg") |
| 21 | July 29, 2019 | Victim #2 | A series of three images depicting a male penis (file names described, in part, as "3857.jpg "2841.jpg and "7820.jpg") |

18 U.S.C. § 1470

8

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 1467, 2253, and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One – Twenty-One of this Indictment.

### Sexual Exploitation of Children, Distribution and Possession of Child Pornography Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One – Six and Counts Thirteen – Nineteen of this Indictment, the defendant,

**JACOB JOSEPH MUIR,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Coercion and Enticement Forfeiture

3. Upon conviction of the offense set forth in Counts Seven – Twelve of this Indictment, the defendant,

**JACOB JOSEPH MUIR,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

    a.    any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

### Transfer of Obscene Material to Minors Forfeiture

4.    Upon conviction of any of the offenses set forth in Counts Twenty – Twenty-One, the defendant,

**JACOB JOSEPH MUIR,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 1467(a):

    a.    any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71;

    b.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

### Property Subject to Forfeiture

5.    The property to be forfeited includes, but is not limited to, the following:

    a.    an Apple iPhone XS, Model A1920, IMEI: 356173099615614; and

    b.    an Apple MacBook Pro, Model A1760, serial number C02V225HV2N.

## Substitute Assets

6. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 1467, 2253, 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Jonathan F. Lenzner / CLD*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

5-5-21
Date

11